UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Cesar Cruz  Defendant(s).

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/21

March 31, 2020

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21-CR- 504 MKV ( )

Defendant __Cesar Cruz__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

✓ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

X _____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

CESAR CRUZ
Print Defendant's Name

_____
Defense Counsel's Signature

JOHN L. RUSSO
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__8/19/21__
Date

_____
U.S. District Judge/U.S. Magistrate Judge