```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v-

CESAR CRUZ,

                   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER FOR CONTINUED
CUSTODY OF PROPERTY
PURSUANT TO 21 U.S.C. § 853

21 Cr. 504 (MKV)

       WHEREAS, the Government has applied for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the instant case;

       WHEREAS, the property in question includes the following asset:

    A total of $84,020 in United States currency seized from (i) an apartment located on Cooper Street in New York, New York, and from (ii) a black Mercedes Benz in the vicinity of Isham Street and Seaman Avenue in New York, New York, on or about August 11, 2020 (the "Subject Property");

       WHEREAS, the Subject Property is currently in the lawful custody of the Government;

       WHEREAS, the Government has represented to the Court that it will maintain and preserve the Subject Property throughout the instant case so that it will be available for forfeiture;

       WHEREAS, the Subject Property is alleged to be forfeitable to the United States as property constituting or derived from any proceeds obtained, directly or indirectly, as the result of a narcotics conspiracy, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the narcotics conspiracy;

       WHEREAS, Indictment 21 Cr. 504 identifies the Subject Property as specific property subject to forfeiture, pursuant to Title 21, United States Code, Section 853;

WHEREAS, Title 21, United States Code, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture; and

WHEREAS, this Order satisfies the Government's obligations to preserve its right to maintain custody of the Subject Property under Title 18, United States Code, Section 983(a)(3)(B)(ii)(II);

WHEREAS, defendant Cesar Cruz, through counsel, consents to the entry of this Order, with full reservation of rights to contest the forfeiture at the conclusion of the criminal case if not otherwise resolved;

IT IS HEREBY ORDERED, pursuant to Title 21, United States Code, Section 853(e)(1), that the United States and its agencies, including the Drug Enforcement Administration and the United States Marshals Service, are authorized to maintain and preserve the Subject Property until the conclusion of the instant case, pending further Order of this Court.

Dated:   New York, New York
         October 14, 2021

SO ORDERED:

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK