USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/21

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,　　　　　　　　1:21-cr-00504 (MKV)

　　　　　　　　-against-　　　　　　　　　　　　**ORDER**

CESAR CRUZ

　　　　　　　　Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

　　THE COURT hereby grants the extension of time for defendants to file motions to December 3, 2021.

　　In addition, the pre trial conference scheduled for December 6, 2021 is hereby adjourned. Instead, the parties are instructed to file a joint status letter on that day along with any applications for exclusion of time.

　　The Clerk of Court is respectfully requested to close the motion at ECF 17.

**SO ORDERED.**
**Date: November 23, 2021**

　　　　　　　　　　　　　　　　　　　*Mary Kay Vyskocil*
　　　　　　　　　　　　　　　　　　　MARY KAY VYSKOCIL
　　　　　　　　　　　　　　　　　　　United States District Judge