UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/22

UNITED STATES OF AMERICA,

    -against-

CESAR CRUZ

    Defendant.

1:21-cr-504 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

A change of plea hearing will be held for this defendant on May 31st at 12pm.

The proceeding will take place in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, 10007.

**SO ORDERED.**

**Date: April 19, 2022**

_Mary Kay Vyskocil_
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK