

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 26, 2022

**BY CM/ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Cruz*, 21 Cr. 504 (MKV)

Dear Judge Vyskocil:

  For the reasons stated in the Government's letter of earlier today (dkt. 39), the parties respectfully request to adjourn the above-captioned defendant's plea, currently scheduled for May 31, 2022, to June 30, 2022, which the parties understand is a date that is convenient for the Court.

  If the parties' request is granted, the Government also respectfully requests that the time between May 31, 2022, and June 30, 2022 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice would be served by an exclusion of time, so that defense counsel may further discuss the potential implications of entering a guilty plea with the defendant. The defendant consents to the exclusion of time.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

      by: /s/
        Kaylan Lasky / Kedar Bhatia
        Assistant United States Attorneys
        (212) 637-2315 / -2465

cc: John Russo, Esq. (by CM/ECF)

Granted.  Sentencing adjourned to June 30th, 2022, at 11am. On consent of the Defendant, all time excluded between now and June 30th for purposes of the Speedy Trial Act.
SO ORDERED.

Date: 5/27/22
New York, New York

Mary Kay Vyskocil
United States District Judge