UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/1/2022 |
| -against- | 21-cr-504 (MKV) |
| CESAR CRUZ, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a change of plea hearing on November 21, 2022 at 10:30 a.m.  The timing of the plea hearing is based on the Court's availability.  The Court therefore expects that the timing of the plea hearing will not impact the government's position on the defendant's safety-valve eligibility.

    The suppression hearing that was previously scheduled to take place on November 21, 2022 is ADJOURNED *sine die*.

    The Clerk of Court respectfully is requested to terminate the letter motion at docket entry number 49.

**SO ORDERED.**

**Date: November 1, 2022**　　　　　　　　　　　　　　　　　_____
**New York, NY**　　　　　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**