UNITED STATES DICSTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/22
```

UNITED STATES OF AMERICA,

-against-

CESAR CRUZ

Defendant.

1:21-cr-504 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

IT IS HEREBY ORDERED that the defendant be remanded to the custody of the United States Marshal.

SO ORDERED.
December 2, 2022,

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE