# JOHN L. RUSSO
**Attorney at Law**
J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

PARALEGAL
Maria Nunez, B.S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2023

March 22, 2023

**Via ECF**
Honorable Mary K. Vyskocil
United States District Judge
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States of America v. Cesar Cruz
               Case No.: 21-CR-00504(MKV)

Your Honor:

    This office represents Cesar Cruz, the Defendant in the above referenced matter which is currently on the Court's calendar for sentencing on April 6, 2023. **We write to request and adjournment of sentencing for 28 days – until May 2, 2023** – as we have only had an opportunity to review the PSR with the client within the last few days. In order to prepare a sentencing submission and review same with the client, and to gather letters of support from Mr. Cruz' family and friends, we require additional time.

    I have previously advised AUSA Kaylan Lasky and AUSA Kedar Bhatia of this request and have not received a response as of yet. Therefore, we respectfully request that the Court adjourn this matter until May 2, 2023 or a date and time thereabouts convenient for the Court.

    The Court's consideration of this request is respectfully appreciated. Thank you.

                                   Yours truly,

                                   *John Russo*
                                   John L. Russo (JR6200)

Cc: AUSA Kaylan Lasky (Via E-mail)
     AUSA Kedar Bhatia (Via E-Mail)

---

**Granted. SO ORDERED.** The sentencing is ADJOURNED to May 2, 2023 at 11:00 a.m.

Date: March 23, 2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge