# JOHN L. RUSSO
### Attorney at Law
J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: JLRussoPC@Gmail.com

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

**PARALEGAL**
Maria Nunez, B.S.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023

---

April 24, 2023

**Via ECF**
Honorable Mary K. Vyskocil
United States District Judge
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

---

GRANTED. The sentencing is ADJOURNED to May 26, 2023 at 11:30 a.m. No further adjournments will be granted.

Date: April 25, 2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

---

Re:   United States of America v. Cesar Cruz
      Case No.: 21-CR-00504(MKV)

Your Honor:

   This office represents Cesar Cruz, the Defendant in the above referenced matter which is currently on the Court's calendar for sentencing on May 2, 2023. **We write to request a short adjournment of sentencing for approximately 21 days – until May 22,24,25 or 26, 2023** – as we have not reviewed the Sentencing submission with the client and his family. We intend to do both this week. In order to review our sentencing submission with the client and to finish gathering letters of support his family and friends, we require the request adjournment.

   I have advised AUSA Kaylan Lasky and AUSA Kedar Bhatia of this request. Therefore, we respectfully request that the Court adjourn this matter until May 22, 24, 25 or 26th of May, or a date and time thereabouts convenient for the Court.

   The Court's consideration of this request is respectfully appreciated. Thank you.

Yours truly,

*John Russo*
John L. Russo (JR6200)

Cc: AUSA Kaylan Lasky (Via E-mail)
    AUSA Kedar Bhatia (Via E-Mail)