USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CESAR CRUZ,

Defendant.

21-cr-504 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The defense filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Sentencing Guidelines [ECF No. 73].  IT IS HEREBY ORDERED that the government must file any response to the motion by June 12, 2024.

**SO ORDERED.**

**Date:  June 6, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**